NOT RECOMMENDED FOR FULL-TEXT PUBLICATION
File Name: 05a0670n.06
Filed: August 5, 2005

No. 04-1388

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| HARLEY J. ROBINSON TRUST, a Michigan Trust, | ) | |
| | ) | **ON APPEAL** FROM THE |
| **Plaintiff-Appellee,** | ) | UNITED STATES DISTRICT |
| | ) | COURT FOR THE EASTERN |
| v. | ) | DISTRICT OF MICHIGAN |
| | ) | |
| ARDMORE ACRES, INC., a Michigan corporation; | ) | **MEMORANDUM** |
| UNITED STATES OF AMERICA; STATE OF | ) | **OPINION** |
| MICHIGAN; MICHIGAN EMPLOYMENT | ) | |
| SECURITY COMMISSION, | ) | |
| | ) | |
| **Defendants,** | ) | |
| | ) | |
| HENRY WOODWORTH, M.D.; MAMOUN | ) | |
| DABBAGH, M.D.; ROBERT NICCOLINI, M.D., | ) | |
| | ) | |
| **Defendants-Appellants.** | ) | |

**BEFORE:   NORRIS and DAUGHTREY, Circuit Judges; JORDAN, District Judge.**[*]

**PER CURIAM.** Defendants, Henry Woodworth, M.D., Mamoun Dabbagh, M.D., and

Robert Niccolini, M.D., appeal the district court's grant of summary judgment to plaintiff Harley

J. Robinson Trust ("Trust") in this priority dispute among lien holders.

Having carefully considered the record on appeal, the briefs of the parties, and the applicable

law, we are not persuaded that the district court erred in granting summary judgment to plaintiff.

_____

[*]The Honorable R. Leon Jordan, United States District Judge for the Eastern District of Tennessee, sitting by designation.

Because the reasoning which supports summary judgment for plaintiff has been articulated by the district court, the issuance of a detailed written opinion by this court would serve no useful purpose. Accordingly, the judgment of the district court is **affirmed** upon the reasoning employed by that court in its Memorandum and Order filed on February 12, 2004.